■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD MORALES, Appellant. [655 NYS2d 376] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered September 9, 1994, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. Mangano, P. J., Bracken, Rosenblatt and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY NICOT, Appellant. [655 NYS2d 376] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (George, J.), rendered June 27, 1995, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, closure of the courtroom was proper here. The undercover officer testified that he feared for his safety, would be returning to the area of the defendant's arrest, and had lost subjects in that area. Additionally, the undercover officer entered the courthouse through a private entrance and remained hidden in a private room prior to testifying (*see, People v Martinez*, 82 NY2d 436; *People v Kin Kan*, 78 NY2d 54).

The defendant's remaining contentions lack merit. Mangano, P. J., Bracken, Rosenblatt and Miller, JJ., concur.